113 So.2d 912

■

Grover McCULLOUGH

v.

STATE.

6 Div. 451.

Supreme Court of Alabama.

July 2, 1959.

Rehearing Denied Aug. 20, 1959.

Griffin & Wilson, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and John F. Proctor, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Grover McCullough for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McCullough v. State, 113 So. 2d 905.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

115 So.2d 282

■

Calvin MOATES

v.

STATE.

5 Div. 717.

Supreme Court of Alabama.

Oct. 29, 1959.

Speaks & Burnett, Clanton, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Calvin Moates for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Moates v. State, 115 So.2d 277.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

114 So.2d 289

■

Edward David NIX

v.

STATE.

6 Div. 457.

Supreme Court of Alabama.

Aug. 20, 1959.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

T. K. Selman and Hugh Beaird, Jasper, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Nix v. State, 114 So.2d 286.

Writ denied.

LAWSON, STAKELY and GOODWYN, JJ., concur.